# UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

**JAMES YOUNG** §
1600 Frankford Street, SE §
Apartment 102 §
Washington D.C. 20020 §
 §
And, §
 §
**TAWANDA HUNTER** §
1600 Frankford Street, SE §
Apartment 102 §
Washington D.C. 20020 §
 §
 §
*Plaintiffs*, §
 §
v. §
 §
**MARK McDAVID** §
Metropolitan Police Department §
300 Indiana Ave. N.W §
Washington D.C. §
20001 §
 §
And, §
 §
**RODERICK SAUNDERS** §
Metropolitan Police Department §
300 Indiana Ave. N.W §
Washington D.C. §
20001 §
 §
*Defendants*. §

1

# COMPLAINT

## (Civil Rights)

### I. Jurisdiction

1. This action arises under the common law of the District of Columbia.

2. This court has jurisdiction over this action pursuant to D.C. Code § 11-921 (1981 Edition).

3. This action is brought pursuant to 42 USC §1983, and the Fourth Amendment to the United States Constitution.

### II. Parties

4. Plaintiffs, James Young and Tawanda Hunter, are residents of the District of Columbia.

5. The Defendants are both Metropolitan Police Officers who at all material times hereto, were employed by the District of Columbia.

### III. Factual Background

6. On August 24, 2013, at approximately 12:30 a.m., Plaintiffs James Young and Tawanda Hunter were sitting on their porch at 1600 Frankford Street, SE, Apartment 102, Washington, DC 20020, when Officers McDavid and Saunders members of the DC Metropolitan Police Department, approached them with guns drawn. James Young was handcuffed and then thrown him to the ground. A gun was leveled at Plaintiff Hunter. After approximately ten minutes the police officers

determined that Mr. Young was not a suspect in any criminal case, removed his handcuffs and left the premises.

7. James Young did not match a lookout for an individual who reportedly had fired a gun in the general area.

8. As a direct result of the excessive force described above, Plaintiff Young suffered injuries to his left shoulder, forearm and legs as well as contusions to other parts of his body. Plaintiff Hunter also suffered extreme emotional distress.

### COUNT ONE
(Civil Rights– James Young)

9. Plaintiffs hereby incorporates paragraphs 1 through 8, *supra*, by reference.

10. Officers McDavid and Saunders arrested James Young without probable cause or articulable suspicion that he had committed any criminal wrongdoing.

11. James Young was subjected to excessive and unreasonable force as described above.

12. The actions of the defendant officers were objectively unreasonable.

13. The officers were acting under color of law.

14. As a direct and proximate result of the above-described acts, Plaintiff James Young suffered physical injury, serious emotional distress, fear and apprehension.

WHEREFORE, plaintiff prays for a judgment against defendant District of Columbia awarding compensatory damages in the amount of $1,000,000 (One

Million Dollars), allowable costs of this suit, attorney's fees, and any other relief permitted by law.

(Civil Rights– Tawanda Hunter)

15. Plaintiff Tawanda Hunter hereby incorporates paragraphs 1 through 14 *supra*, by reference.

16. The defendant officers arrested Tawanda Hunter by pointing a gun at her and putting her in reasonable apprehension of physical harm without probable cause or articulable suspicion that she had committed any criminal wrongdoing.

17. As a direct and proximate result of the above-described actions, Plaintiff was placed in great fear of physical harm and suffered extreme emotional distress. She has incurred and will incur in the future, substantial medical expenses and lost income.

WHEREFORE, plaintiff prays for a judgment against defendant District of Columbia awarding compensatory damages in the amount of $1,000,000 (One Million Dollars), attorney's fees, allowable costs of this suit, and any other relief permitted by law.

Respectfully Submitted by,

GEOFFREY D. ALLEN, ESQ.

_____
Geoffrey D. Allen
D.C. Bar No. 288142
1730 Rhode Island Ave, NW
Suite 206

Washington, DC  20036
(202) 778-1167

## JURY DEMAND

Plaintiff demands trial by jury as to all counts herein.

_____
Geoffrey D. Allen, Esquire